| PROB 22-DC (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 1:16CR00232-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 1:20CR389-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Edgar Maddison Welch | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE Ketanji Jackson, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 05/28/2020 — TO 05/27/2023 |

FILED SEP 17 2020 Clerk U.S. District Court Greensboro, NC

OFFENSE

Interstate Transport of a Firearm and Ammunition, 18 USC § 924(b)

Assault with a Dangerous Weapon, 22 DCC § 402

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/17/2020
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 21, 2020
*Effective Date*

United States District Judge