CAT B, CLOSED

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:16-cr-00232-KBJ-1

Case title: USA v. WELCH  
Magistrate judge case number: 1:16-mj-00847-GMH

Date Filed: 12/15/2016

Assigned to: Judge Ketanji Brown Jackson

### Defendant (1)

**EDGAR MADDISON WELCH**      represented by **Danielle Courtney Jahn**  
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA  
625 Indiana Ave, NW  
Suite 500  
Washington, DC 20004  
(202) 208-7500  
Fax: (202) 501-3829  
Email: dani_jahn@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:924(b); PENALTIES FOR FIREARMS; Interstate Transportation of a Firearm and Ammunition.  
(1)

22:DC Code, Section 402; ASSAULT WITH INTENT TO COMMIT MAYHEM OR WITH DANGEROUS WEAPON; Assault with a Dangerous Weapon.  
(2)

### Disposition

Sentenced to Twenty-four (24) months, credit for time served and to run concurrently with Count 2, followed by Thirty-six (36) months, to run concurrently with Count 2. $100 Special Assessment and Restitution in the amount of $5,744.33

Sentenced to Forty-eight (48) months, credit for time served and to run concurrently with Count 1, followed by Thirty-six (36) months, to run concurrently with Count 1. $100 Special Assessment and Restitution in the amount of $5,744.33

### Highest Offense Level (Opening)

Felony

### Terminated Counts

22:DC Code, Section 4504(b); FIREARMS,

### Disposition

DISMISSED ON ORAL MOTION OF

UNLAWFUL POSSESSION; Possession of a Firearm During the Commission of a Crime of Violence.
(3)

THE GOVERNMENT.

## Highest Offense Level (Terminated)

Felony

## Complaints

Complaint in Violation of: 18:924(b)

**Disposition**

## Plaintiff

**USA**  represented by  **Demian Shipe Ahn**
U.S. ATTORNEY'S OFFICE
Cyber Crime Section
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7106
Fax: (202) 616-3782
Email: demian.ahn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Sonali D. Patel**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7032
Fax: (202) 252-7559
Email: sonali.patel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | clear | Docket Text |
|---|---|---|---|
| 12/12/2016 | 1 | ☐ | COMPLAINT as to EDGAR MADDISON WELCH (1). (Attachments: # 1 Affidavit) (dr) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/12/2016 | 2 | ☐ | MOTION to Seal an Affidavit in Support of Criminal Complaint by USA as to EDGAR MADDISON WELCH. (Attachments: # 1 Text of Proposed Order)(dr) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/12/2016 | 3 | ☐ | ORDER denying 2 Motion to Seal Case as to EDGAR MADDISON WELCH (1). Signed by Magistrate Judge G. Michael Harvey on 12/12/2016. (dr) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/13/2016 | 4 | ☐ | NOTICE OF ATTORNEY APPEARANCE: Danielle Courtney Jahn appearing for EDGAR MADDISON WELCH (Jahn, Danielle) [1:16-mj-00847-GMH] (Entered: |

| Date | Doc # | | Description |
|---|---|---|---|
| | | | 12/13/2016) |
| 12/13/2016 | | | Arrest of EDGAR MADDISON WELCH. (ldc) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/13/2016 | 5 | ☐ | Arrest Warrant Returned Executed on 12/13/16 as to EDGAR MADDISON WELCH. (ldc) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/13/2016 | | | ORAL MOTION to Appoint Counsel by EDGAR MADDISON WELCH. (ldc) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/13/2016 | | | ORAL MOTION for Temporary Detention by USA as to EDGAR MADDISON WELCH. (ldc) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/13/2016 | | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance as to EDGAR MADDISON WELCH held on 12/13/2016. Oral Motion to Appoint Counsel by EDGAR MADDISON WELCH (1) heard and granted. Oral Motion by the Government for Temporary Detention (3 day hold) as to EDGAR MADDISON WELCH (1) heard and granted. Preliminary/Detention Hearing set for 12/16/2016 at 09:30 AM in Courtroom 6 before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant held without bond/Commitment Issued; Court Reporter:FTR-Gold ; FTR Time Frame: Ctrm 6 [2:10:35-2:18:11]; Defense Attorney: Dani Jahn; US Attorney: Demian Ahn, Sonali Patel; Pretrial Officer: Saul Atencio; (ldc) [1:16-mj-00847-GMH] (Entered: 12/13/2016) |
| 12/15/2016 | 6 | ☐ | MOTION for Order Pretrial Detention by USA as to EDGAR MADDISON WELCH. (Ahn, Demian) [1:16-mj-00847-GMH] (Entered: 12/15/2016) |
| 12/15/2016 | 7 | ☐ | INDICTMENT as to EDGAR MADDISON WELCH (1) count(s) 1, 2, 3. (vt) (Entered: 12/16/2016) |
| 12/16/2016 | | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Arraignment/Status Hearing as to EDGAR MADDISON WELCH (1) Count 1,2,3 held on 12/16/2016. Case called for Detention Hearing but not held. Not Guilty Plea entered by EDGAR MADDISON WELCH as to all counts. Defendant concedes to detention and waives written findings of fact in conclusion of law regarding the detention hearing. Status Conference set for 1/5/2017 at 02:00 PM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Defendant committed/commitment issued; Court Reporter: FTR-Gold; FTR Time Frame: Ctrm 6 [9:40:39-9:48:07]; Defense Attorney: Dani Jahn; US Attorney: Demian Ahn, Sonali Patel; (ldc) (Entered: 12/16/2016) |
| 01/03/2017 | 8 | ☐ | NOTICE OF ATTORNEY APPEARANCE Sonali D. Patel appearing for USA. (Patel, Sonali) (Entered: 01/03/2017) |
| 01/05/2017 | 9 | ☐ | Consent MOTION for Protective Order by USA as to EDGAR MADDISON WELCH. (Attachments: # 1 Text of Proposed Order)(Patel, Sonali) (Entered: 01/05/2017) |
| 01/05/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson:Status Conference as to EDGAR MADDISON WELCH held on 1/5/2017. Speedy Trial Time waived from 1/5/17 until 1/24/17, in the interest of justice. (START X-T). Status Conference set for 1/24/2017 at 9:30 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorney: Demian S. Ahn and Sonali D. Patel. (gdf) (Entered: 01/05/2017) |
| 01/05/2017 | 10 | ☐ | PROTECTIVE ORDER as to EDGAR MADDISON WELCH. Signed by Judge |

| | | | |
|---|---|---|---|
| | | | Ketanji Brown Jackson on 1/5/17. (gdf) (Entered: 01/06/2017) |
| 01/05/2017 | 11 | ☐ | ORDER as to EDGAR MADDISON WELCH, that the period from January 5, 2017, through January 24, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofaras the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Signed by Judge Ketanji Brown Jackson on 1/5/17. (zgdf) (Entered: 01/06/2017) |
| 01/24/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson: Status Conference as to EDGAR MADDISON WELCH held on 1/24/2017. Speedy Trial Time waived from 1/24/17 until 2/10/17, in the interest of justice. (START XT). Status Conference set for 2/10/2017 at 10:00 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorneys: Demian Shipe Ahn; Prob Officer: Sonali D. Patel. (gdf) (Entered: 01/24/2017) |
| 01/24/2017 | 12 | ☐ | ORDER as to EDGAR MADDISON WELCH, that the period from January 24, 2017, through February 10, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofaras the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Signed by Judge Ketanji Brown Jackson on 1/24/17. (zgdf) (Entered: 01/24/2017) |
| 01/31/2017 | | | NOTICE OF HEARING as to EDGAR MADDISON WELCH: Status Conference set for 2/10/2017 at 10:00 AM, hereby RESCHEDULED for 2/10/17 at 11:30 AM in Courtroom 17 before Judge Ketanji Brown Jackson. (gdf) (Entered: 01/31/2017) |
| 02/10/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson: Status Conference as to EDGAR MADDISON WELCH held on 2/10/2017. Speedy Trial time waived from 2/10/17 until 3/6/17, in the interest of justice. (START XT). Status Conference set for 3/6/2017 at 2:30 PM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Committed/Commitment; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorney: Demian S. Ahn and Sonali D. Patel. (gdf) (Entered: 02/10/2017) |
| 02/10/2017 | 13 | ☐ | ORDER as to EDGAR MADDISON WELCH, that the period from February 10, 2017, through March 6, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Signed by Judge Ketanji Brown Jackson on 2/10/17. (gdf) (Entered: 02/10/2017) |
| 03/06/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson: Status Conference as to EDGAR MADDISON WELCH held on 3/6/2017. Speedy Trial Time waived from 3/6/17 until 3/15/17, in the interest of justice. (START XT). Status Conference set for 3/15/2017 at 9:30 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorney: Demian Shipe Ahn and Sonali D. Patel. (zgdf) (Entered: 03/06/2017) |
| 03/06/2017 | 14 | ☐ | ORDER as to EDGAR MADDISON WELCH, that the period from March 6, 2017, through March 15, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Signed by Judge Ketanji Brown Jackson on 3/6/17. (gdf) (Entered: 03/06/2017) |

| Date | Doc # | | Description |
|---|---|---|---|
| 03/15/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson: Status Conference as to EDGAR MADDISON WELCH held on 3/15/2017. Speedy Trial Time waived from 3/15/17 until 3/24/17, in the interest of justice. Plea papers should be submitted to chambers by 3/20/17. Plea Agreement Hearing set for 3/24/2017 at 9:30 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: Committed/Commitment Issued; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorney: Demian Ship Ahn. (gdf) (Entered: 03/15/2017) |
| 03/15/2017 | 15 | ☐ | ORDER as to EDGAR MADDISON WELCH, that the period from March 15, 2017, through March 24, 2017, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial. Signed by Judge Ketanji Brown Jackson on 3/15/17. (gdf) (Entered: 03/15/2017) |
| 03/24/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson:Plea Agreement Hearing as to EDGAR MADDISON WELCH held on 3/24/2017. Plea of GUILTY entered by EDGAR MADDISON WELCH as to Count's 1 and 2. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing set for 6/22/2017 at 10:30 AM in Courtroom 17 before Judge Ketanji Brown Jackson. Bond Status of Defendant: committed/commitment issued; Court Reporter: Barbara DeVicol; Defense Attorney: Dani Jahn; US Attorney: Demian Shipe Ahn and Sonali Patel. (nbn) (Entered: 03/24/2017) |
| 03/24/2017 | | | MINUTE ORDER as to EDGAR MADDISON WELCH: The parties shall submit memoranda in aid of sentencing on or before June 8, 2017. The parties submissions must contain supporting case law or any other authority upon which the parties intend to rely. Responses, if any, are due on or before June 15, 2017. It is the practice of this Court not to proceed to sentencing without memoranda from both parties. So Ordered by Judge Ketanji Brown Jackson on 3/24/17. (nbn) (Entered: 03/24/2017) |
| 03/24/2017 | | | Set/Reset Deadlines as to EDGAR MADDISON WELCH: Presentence Report due by 6/1/2017. (nbn) (Entered: 03/24/2017) |
| 03/24/2017 | 16 | ☐ | WAIVER of Right to Trial by Jury as to EDGAR MADDISON WELCH. Approved by Judge Ketanji Brown Jackson on 3/24/17. (nbn) (Entered: 03/24/2017) |
| 03/24/2017 | 17 | ☐ | PLEA AGREEMENT as to EDGAR MADDISON WELCH. (nbn) (Entered: 03/24/2017) |
| 03/24/2017 | 18 | ☐ | STATEMENT OF OFFENSE by USA as to EDGAR MADDISON WELCH. (nbn) (Entered: 03/24/2017) |
| 06/01/2017 | 21 | | Recommendation of PSI Report as to EDGAR MADDISON WELCH prepared by SrUSPO Kathie McGill. re 20 Final Presentence Investigation Report Not for public disclosure per Judicial Conference Policy.(McGill, Kathie) (Entered: 06/01/2017) |
| 06/02/2017 | 22 | ☐ | Unopposed MOTION for Disclosure *of Recommendation by Probation* by EDGAR MADDISON WELCH. (Attachments: # 1 Text of Proposed Order)(Jahn, Danielle) (Entered: 06/02/2017) |
| 06/06/2017 | 24 | ☐ | ORDER as to EDGAR MADDISON WELCH, denying 22 Unopposed Motion to Compel Disclosure of Recommendation, and explaining that there are no facts or representations in the Sentencing Recommendation that have not already been disclosed to the parties as part of the presentence investigation report. When parties request an order compelling the United States Probation Office to disclose its |

| | | | |
|---|---|---|---|
| | | | otherwise confidential sentencing recommendation, it is this Court's ordinary practice to deny the parties' request for the written recommendation. The Court will disclose the Probation Office's recommended sentence during the sentencing hearing, and the parties may respond or react to it at that time. See attached order for details. Signed by Judge Ketanji Brown Jackson on 6/6/17. (gdf) (Entered: 06/07/2017) |
| 06/07/2017 | 23 | ☐ | Joint MOTION for Extension of Time to File *Sentencing Memoranda* by EDGAR MADDISON WELCH. (Attachments: # 1 Text of Proposed Order)(Jahn, Danielle) (Entered: 06/07/2017) |
| 06/07/2017 | | | MINUTE ORDER, granting 23 Motion for Extension of Time to File Sentencing Memoranda as to EDGAR MADDISON WELCH (1). Memoranda in aid of sentencing due by June 13, 2017, and any response by June 16, 2017. Signed by Judge Ketanji Brown Jackson on 6/7/17. (gdf) (Entered: 06/07/2017) |
| 06/13/2017 | 25 | ☐ | SENTENCING MEMORANDUM by EDGAR MADDISON WELCH (Attachments: # 1 Exhibit, # 2 Exhibit)(Jahn, Danielle) (Entered: 06/13/2017) |
| 06/13/2017 | 27 | ☐ | NOTICE *of Filing* by USA as to EDGAR MADDISON WELCH (Ahn, Demian) (Entered: 06/13/2017) |
| 06/16/2017 | 28 | ☐ | RESPONSE by EDGAR MADDISON WELCH re 26 Sentencing Memorandum (Attachments: # 1 Exhibit, # 2 Exhibit)(Jahn, Danielle) (Entered: 06/16/2017) |
| 06/16/2017 | 29 | ☐ | RESPONSE re 25 Sentencing Memorandum by USA as to EDGAR MADDISON WELCH *Sentencing Memorandum* (Ahn, Demian) Modified to add link on 6/19/2017 (znmw). (Entered: 06/16/2017) |
| 06/20/2017 | 30 | ☐ | CHARACTER LETTER by Richard J. Kunkel as to EDGAR MADDISON WELCH. "Let this be Filed" by Judge Ketanji B. Jackson on June 20, 2017. (vt) (Entered: 06/21/2017) |
| 06/22/2017 | | | Minute Entry for proceedings held before Judge Ketanji Brown Jackson: Sentencing held on 6/22/2017 as to EDGAR MADDISON WELCH (1) on Counts 1 and 2. Defendant sentenced to Twenty-four (24) months on Count 1 and Forty-eight (48) months on Count 2, all terms of imprisonment to run concurrently and credit for time served; followed by Thirty-six (36) months of Supervised Release on Counts 1 and 2, to run concurrently. $100 Special Assessment on Counts 1 and 2 (totaling $200) and Restitution in the amount of $5,744.33. Count 3 dismissed on the oral request of the government. Bond Status of Defendant committed/commitment issued; Court Reporter: Barbara DeVico; Defense Attorney: Dani Jahn; US Attorneys: Demian Shipe Ahn and Sonali D. Patel; Prob Officer: Kathie McGill. (gdf) (Entered: 06/23/2017) |
| 06/27/2017 | 35 | ☐ | JUDGMENT as to EDGAR MADDISON WELCH. Statement of Reasons Not Included. Signed by Judge Ketanji Brown Jackson on 06/26/2017. (vt) (Entered: 06/29/2017) |
| 06/27/2017 | 36 | | STATEMENT OF REASONS as to EDGAR MADDISON WELCH re 35 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Ketanji Brown Jackson on 06/26/2017. (vt) (Entered: 06/29/2017) |
| 07/03/2017 | 37 | ☐ | SENTENCING MEMORANDUM by USA as to EDGAR MADDISON WELCH (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit E, # 4 Exhibit G, # 5 Exhibit H, # 6 Exhibit I, # 7 Exhibit J, # 8 Exhibit K, # 9 Exhibit L, # 10 Exhibit M)(Ahn, Demian) (Entered: 07/03/2017) |

| | | | |
|---|---|---|---|
| 07/24/2017 | <u>38</u> | ☐ | TRANSCRIPT OF PROCEEDINGS in case as to EDGAR MADDISON WELCH before Judge Ketanji Brown Jackson held on 6-22-17; Page Numbers: 1-100. Date of Issuance:7-24-17. Court Reporter/Transcriber Barbara DeVico, Telephone number 202-354-3118, Transcripts may be ordered by submitting the &lt;a href="http://www.dcd.uscourts.gov/node/110"&gt;Transcript Order Form&lt;/a&gt;&lt;P&gt;&lt;/P&gt;For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, PDF or ASCII) may be purchased from the court reporter.&lt;P&gt;**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.&lt;P&gt;&lt;/P&gt; Redaction Request due 8/14/2017. Redacted Transcript Deadline set for 8/24/2017. Release of Transcript Restriction set for 10/22/2017.(DeVico, Barbara) (Entered: 07/24/2017) |
| 07/17/2020 | <u>40</u> | ☐ | ORDER concurring with the recommendation of the 39 Probation Petition as to EDGAR MADDISON WELCH (1) to transfer jurisdiction. Signed by Judge Ketanji Brown Jackson on 7/17/2020. (jag) (Entered: 07/17/2020) |

[ View Selected ]

or

[ Download Selected ]